# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**EDDIE THOMAS**                                                                PLAINTIFF

v.                              No. 2:18-cv-67-DPM

**COREY WILSON**, Individually
and in his Official Capacity as a
Police Officer for Lee County, Arkansas;
and **JOHN DOES 1–10**                                                        DEFENDANTS

## ORDER

Joint stipulation, № 41, noted. The Court will dismiss Thomas's claims against Wilson without prejudice. Thomas's claims against the Doe Defendants will be dismissed without prejudice for failure to serve. FED. R. CIV. P. 4(m).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 September 2019