IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

EDDIE THOMAS                                              PLAINTIFF

v.                      No. 2:18-cv-67-DPM

COREY WILSON, Individually
and in his Official Capacity as a
Police Officer for Lee County, Arkansas;
SOUTHWESTERN BELL TELEPHONE
COMPANY OF ARKANSAS;
AT&T CORPORATION; MATTHEW
ALBRECHT; RICK SEAWEL; and
JOHN DOES 1-10                                            DEFENDANTS

## JUDGMENT

Thomas's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 September 2019